MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

LOREN W. COE (State Bar No. 273124)
lwc@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant
NATIONSTAR MORTGAGE LLC
d/b/a MR. COOPER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KEN MORANDI AND BLANCA MERCADO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, d/b/a MR. COOPER, et al.,<br><br>Defendants. | Case No. 2:19-cv-06334-MCS-MAA<br>Hon. Mark C. Scarsi<br>Ctrm.<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Action Filed:   July 23, 2019 |

80001.0069/15800941.1

JOINT NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that the parties in the above-captioned case have reached a settlement of Plaintiffs' individual claims. The parties anticipate filing a stipulation of dismissal pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

DATED: June 4, 2021         DAVIS & NORRIS, LLP

                            By:  */s/ Robert Salgado*
                                 ROBERT SALGADO

                            Attorneys for Plaintiffs
                            KEN MORANDI and BLANCA MERCADO

DATED: June 4, 2021         SEVERSON & WERSON
                            A Professional Corporation

                            By:  */s/ Loren W. Coe*
                                 LOREN W. COE

                            Attorneys for Defendant
                            NATIONSTAR MORTGAGE LLC dba MR. COOPER

### Attestation Pursuant to Civil Local Rule 5-1(i)

Pursuant to Civil Local Rule 5-1(i), I, Loren W. Coe, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of June, 2021, in Irvine, CA.

                                 */s/ Loren W. Coe*
                                 Loren W. Coe

# PROOF OF SERVICE

*Morandi v. Nationstar Mortgage LLD d/b/a Mr. Cooper*
**U.S. District Court Central District of CA Western Division**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On June 4, 2021, I served true copies of the following document(s): **JOINT NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

| | |
|---|---|
| Andrew Pearce Wheeler-Berliner<br>Dargan M. Ware<br>DAVIS & NORRIS LLP<br>2154 Highland Avenue South<br>Birmingham, AL 35205 | Attorneys for Plaintiffs KEN MORANDI and BLANCA MERCADO<br><br>Telephone: 205-930-9900<br>Facsimile: 205-930-9989<br>Email: andrew@davisnorris.com<br>dware@davisnorris.com |
| Robert B. Salgado, III<br>DAVIS & NORRIS LLP<br>5755 Oberlin Dr., #301<br>San Diego, CA 92121 | Attorneys for Plaintiffs KEN MORANDI and BLANCA MERCADO<br><br>Telephone: 858.333.4103<br>Facsimile: 205.930.9989<br>Email: rsalgado@davisnorris.com |

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 4, 2021, at Huntington Beach, California.

*/s/ Ryan J. Brooks*

RYAN J. BROOKS

80001.0069/15800941.1

PROOF OF SERVICE