MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

LOREN W. COE (State Bar No. 273124)
lwc@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant
NATIONSTAR MORTGAGE LLC
d/b/a MR. COOPER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KEN MORANDI AND BLANCA MERCADO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, d/b/a MR. COOPER, et al.,<br><br>Defendants. | Case No. 2:19-cv-06334-MCS-MAA<br>Hon. Mark C. Scarsi<br>Ctrm.<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>**FRCP 41(a)(1)(A)(ii)**<br><br>Action Filed:   July 23, 2019 |

80001.0069/15867482.1

# ORDER

Pursuant to the Stipulation to Dismiss Action With Prejudice, filed as Docket No.88, IT IS HEREBY ORDERED that this action shall be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

**IT IS SO ORDERED**.

DATED: August ___, 2021

_____
Hon. Mark C. Scarsi
Judge, United States District Court

# PROOF OF SERVICE

*Morandi v. Nationstar Mortgage LLD d/b/a Mr. Cooper*
**U.S. District Court Central District of CA Western Division**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On August 10, 2021, I served true copies of the following document(s): **[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** on the interested parties in this action as follows:

| | |
|---|---|
| Andrew Pearce Wheeler-Berliner<br>Dargan M. Ware<br>DAVIS & NORRIS LLP<br>2154 Highland Avenue South<br>Birmingham, AL 35205 | Attorneys for Plaintiffs KEN MORANDI and BLANCA MERCADO<br><br>Telephone: 205-930-9900<br>Facsimile: 205-930-9989<br>Email: andrew@davisnorris.com<br>dware@davisnorris.com |
| Robert B. Salgado, III<br>DAVIS & NORRIS LLP<br>5755 Oberlin Dr., #301<br>San Diego, CA 92121 | Attorneys for Plaintiffs KEN MORANDI and BLANCA MERCADO<br><br>Telephone: 858.333.4103<br>Facsimile: 205.930.9989<br>Email: rsalgado@davisnorris.com |

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 10, 2021, at Huntington Beach, California.

*/s/ Ryan J. Brooks*
RYAN J. BROOKS

80001.0069/15867482.1

PROOF OF SERVICE