# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KEN MORANDI AND BLANCA MERCADO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, d/b/a MR. COOPER, et al.,<br><br>Defendants. | Case No. 2:19-cv-06334-MCS-MAA<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to the parties' Stipulation, this action is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED**.

DATED: August 11, 2021

*/s/ Mark C. Scarsi*
Hon. Mark C. Scarsi
Judge, United States District Court